Nicole Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Barry Somers

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: **CR 11-0830 EMC** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT A HOLIDAY PASS** |
| v. | |
| BARRY SOMERS, | |
| Defendant. | |

1. On November 4, 2011, a detention hearing was held and the Court ordered Mr. Somers released from U.S. Marshall Custody. Mr. Somers was ordered to reside in a Halfway House and abide by the rules of the Halfway House.

2. Mr. Somers complied with that order and has been residing at the Geo Services Halfway House for over a month.

3. On November 28, 2011, pursuant to stipulation, the Court authorized Mr. Somers to leave the Halfway House to search for employment.

4. In light of the upcoming holidays, Mr. Somers would like authorization to go to his girlfriend's grandmother's house on Christmas day. Mr. Somers's girlfriend is Mimi Adams.

5. Victoria Gibson, Mr. Somers's pre-trial service case manager, agrees that Mr. Somers should be given a 10 hour pass to go to Ms. Adams's grandmother's house on Christmas day.

6. In light of the above, Mr. Somers respectfully requests that the Court order the Halfway House to grant Mr. Somers a 10 hour pass to go to Ms. Adams's grandmother's home at 25 Montego Key, Novato, California, as directed by pre-trial services.

7. The government does not object to the request that Mr. Somers be granted a 10 hour pass on Christmas Day, to be used as directed by pre-trial services.

**It is so stipulated.**

_____December 8, 2011\_\_        _____/s/_____
Dated                                                                    Kevin Barry
                                                                                 Assistant United States Attorney

_____December 8, 2011\_\_        _____/s/_____
Dated                                                                    Nicole Giacinti
                                                                                 Counsel for Barry Somers

**It is so ordered.**

  12/13/11
_____                             _____
Dated                                                                    The Honorable Joseph Spero,
                                                                                 United States Magistrate Judge