MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL JOSEPH LOPEZ, and<br>BARRY SOMERS<br><br>Defendant. | No. CR 11-0830 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME**<br><br>Date: January 25, 2012<br>Time: 2:30 p.m. |

On December 15, 2011, the Court held a status conference in this case and set January 25, 2012 as the date for a further status conference or possible change of plea. The parties anticipate that this case will resolve through pleas and are working diligently to accomplish this goal.

For this reason, the parties hereby stipulate and request to set the date for a further status conference or possible change of plea be changed from January 25, 2012 be moved to February 22, 2012, and they request that the Court exclude the time from the date of the attached [Proposed] Order be excluded from calculation of the time limits provided by 18 U.S.C. § 3161,

on the basis of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 22, 2012

/s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: January 22, 2012

/s/
RONALD TYLER
Attorney for GABRIEL JOSEPH LOPEZ

DATED: January 20, 2012

/s/
NICOLE GIACINTI
Attorney for BARRY SOMERS

[PROPOSED] ORDER

For the reasons stated above, the Court vacates the January 25, 2012 date for this matter and sets February 22, 2012, at 2:30 p.m. as the date for the next status conference or change of plea. The Court also finds that exclusion of the period from the date of this Order to February 22, 2012, from the time limits applicable under 18 U.S.C. § 3161 is warranted and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/24/12

THE HONORA[...]
United States Dis[...]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen