Nicole Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Barry Somers

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY SOMERS,<br><br>Defendant. | No.: **CR 11-0830 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT A DAY PASS AND GYM PASS** |

1. On November 4, 2011, a detention hearing was held and the Court ordered Mr. Somers released from U.S. Marshall Custody. Mr. Somers was ordered to reside in a Halfway House and abide by the rules of the Halfway House.

2. Mr. Somers complied with that order and has been residing at the Geo Services Halfway House for nearly 5 months.

3. Mr. Somers is gainfully employed and has been abiding by the rules of the halfway house and those of pre-trial services.

4. In light of the above, Mr. Somers respectfully requests that the Court order the Halfway House to grant Mr. Somers a 12 hour pass to visit his girlfriend, Mimi Adams, and her family at 25 Montego Key, Novato, California, on Wednesday, April 4, 2012, as directed by pre-trial services.

5. The government does not object to the request that Mr. Somers be granted a 12 hour pass on April 4, 2012, to be used as directed by pre-trial services.
6. In addition, Mr. Somers requests that he be permitted to exercise at a local gym for two hours, three times a week, as directed by pre-trial services.
7. The government does not object to the request that Mr. Somers be granted passes to exercise at the gym, to be used as directed by pre-trial services.

**It is so stipulated.**

\_\_\_\_March 28, 2012\_\_\_ _____/s/_____
Dated    Kevin Barry
    Assistant United States Attorney

\_\_\_\_March 28, 2012\_\_\_ _____/s/_____
Dated    Nicole Giacinti
    Counsel for Barry Somers

**It is so ordered.**

\_\_\_3/30/12_____ _____
Dated    The Honorable Joseph Spero,
    United States Magistrate Judge